## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

SHEILA HELMERT, *et al.*                                                                  PLAINTIFFS

vs.                                         NO. 4:08CV00342 JLH

BUTTERBALL, LLC                                                                           DEFENDANT

### ORDER

On December 29, 2008, the Court entered an order staying this matter pending conclusion of the parties' mediation efforts.  The parties are directed to submit a status report to the Court by *APRIL 13, 2009,* indicating the results of the mediation efforts.  If this matter has been settled, the Court will enter an order of dismissal.  If the mediation was unsuccessful, a final scheduling order will be entered accordingly.

IT IS SO ORDERED this 2nd day of April, 2009.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE