# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | |
|---|---|
| SHEILA HELMERT, WILMA BROWN, and LORI WEST, on behalf of themselves and others similarly situated | PLAINTIFFS |
| v.    No. 4:08CV00342 JLH | |
| BUTTERBALL, LLC | DEFENDANT |

## ORDER

Paul D. Waddell, local counsel for defendant, has filed a motion for admission *pro hac vice* on behalf of Suzanne M. Alford. The motion is GRANTED. Document #163. Suzanne M. Alford is hereby admitted to appear before this Court *pro hac vice* as co-counsel for the defendant in this action.

IT IS SO ORDERED this 2nd day of April, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE