# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

SHEILA HELMERT, WILMA BROWN,                                                              PLAINTIFFS
and LORI WEST, on behalf of themselves
and others similarly situated

v.                                              No. 4:08CV00342 JLH

BUTTERBALL, LLC                                                                            DEFENDANT

## ORDER

As stated by the Court in the telephone conference with the attorneys for the parties today, the parties are ordered to submit simultaneous briefs twenty-one days from today explaining their views on the scope and method of discovery as well as a trial plan. Simultaneous reply briefs will be due seven days later.

IT IS SO ORDERED this 13th day of April, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE