## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | |
|---|---|
| SHEILA HELMERT, WILMA BROWN, and LORI WEST, on behalf of themselves and others similarly situated | PLAINTIFFS |
| v.    No. 4:08CV00342 JLH | |
| BUTTERBALL, LLC | DEFENDANT |

### ORDER

Butterball, LLC, has filed a motion to strike or in the alternative a motion to file a sur-response. That motion is directed at a brief filed by the plaintiffs in support of their motion for leave to file a second amended complaint. When the motion was filed, the plaintiffs did not file a brief in support. After Butterball had filed a brief opposing the motion, the plaintiffs then filed a brief in support of the motion. The plaintiffs do not oppose the motion for leave to file a sur-response.

The motion to strike is DENIED. The motion for leave to file a sur-response is GRANTED. Document #187. Any sur-response in addition to the one filed yesterday that Butterball wishes to file must be filed within seven days from the entry of this Order.[1]

IT IS SO ORDERED this 13th day of May, 2010.

*J. Leon Holmes*
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE

---

[1] The plaintiffs have submitted an affidavit from one of their lawyers saying that he told one of the Court's clerks in a telephone conversation that plaintiffs would be filing a reply and that the clerk responded that she would be looking for it. Nothing is inappropriate in a lawyer notifying a law clerk that a document will be filed, nor is it inappropriate for the clerk to say that she would be looking for it. It is disturbing, however, that the plaintiffs present this *ex parte* conversation as advice from chambers or a ruling by the Court. It would be inappropriate for court staff to give advice to a party or to offer an opinion about how the Court would rule.