**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

SHEILA HELMERT, et al.                                                                                    PLAINTIFFS

v.                                            NO. 4:08CV00342 JLH

BUTTERBALL, LLC                                                                                            DEFENDANT

**AMENDED ORDER**

The Court's previous order setting a Rule 16 conference in this matter directed that local counsel for both parties be present at the hearing. Local counsel for defendant has notified the Court of a conflict with the current setting. Defendant's unopposed motion to continue the hearing filed on May 27, 2010, identified the dates of June 8 or June 9, 2010, as agreeable dates for the hearing.

IT IS THEREFORE ordered that the Rule 16 conference is hereby rescheduled for ***TUESDAY, JUNE 8, 2010, at 1:30 p.m.,*** at which time the Court will hear argument regarding the proposed plan for case management or scheduling order along with consideration of the matters listed in Federal Rules of Civil Procedure 16(a) and 16(c)(2).

The Court directs that local counsel be present for both the plaintiffs and the defendant and that local counsel be prepared to explain to the Court their views on these issues and on the issues addressed in the briefs regarding case management or a proposed scheduling order as well as the matters listed in Rules 16(a) and 16(c)(2). The lawyers should have their calendars available.

IT IS SO ORDERED this 27th day of May, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE