**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

| | |
|---|---|
| SHEILA HELMERT, WILMA BROWN, and LORI WEST, individually and on behalf of all others similarly situated | PLAINTIFFS |
| v.                    No. 4:08CV00342 JLH | |
| BUTTERBALL, LLC | DEFENDANT |

## ORDER

Plaintiffs have filed a motion to enforce court order and to compel discovery. That motion is GRANTED. Document #236. Butterball must provide the documents that are the subject of that motion on or before September 30, 2010, along with a privilege log.

IT IS SO ORDERED this 25th day of August, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE