# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

SHEILA HELMERT, WILMA BROWN,                                 PLAINTIFFS
and LORI WEST, on behalf of themselves
and others similarly situated

v.                                   No. 4:08CV00342 JLH

BUTTERBALL, LLC                                                                 DEFENDANT

## ORDER

Paul D. Waddell, local counsel for the defendant, has filed motions for admission *pro hac vice* on behalf of Justin R. Barnes, Erin L. Payne, and C. Todd Van Dyke. The motions are GRANTED. Documents #302, #303, and #304. Justin R. Barnes, Erin L. Payne, and C. Todd Van Dyke are hereby admitted to appear before this Court *pro hac vice* as co-counsel for the defendant in this action.

IT IS SO ORDERED this 18th day of February, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE