IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

SHEILA HELMERT, WILMA BROWN,                                                                PLAINTIFFS
and LORI WEST, on behalf of themselves
and others similarly situated

v.                                          No. 4:08CV00342 JLH

BUTTERBALL, LLC                                                                              DEFENDANT

## ORDER

The joint motion to extend deadlines is GRANTED.  Document #311.  The following deadlines in the final scheduling order are extended as follows:

- Each party must provide Rule 26 expert disclosures and reports by any damages expert no later than April 14, 2011.

- Responsive expert disclosure must take place no later than May 15, 2011.

- Fact discovery must be completed no later than May 15, 2011.

- Discovery of experts must be concluded by June 14, 2011.

- All motions, except motions in limine, must be filed on or before June 14, 2011.

IT IS SO ORDERED this 28th day of February, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE