UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| SHEILA HELMERT, WILMA BROWN AND, LORI WEST, on behalf of themselves and others similarly situated,<br><br>    Plaintiffs and Proposed Collective and, Class Action Representatives,<br><br>        v.<br><br>BUTTERBALL, LLC,<br><br>    Defendant. | Civil No. 4:08-CV-0342 JLH |

### DEFENDANT BUTTERBALL, LLC'S MOTION FOR SUMMARY JUDGMENT DISMISSING ALL CLAIMS FOR TIME IN EXCESS OF "REASONABLE TIME"

Defendant Butterball, LLC ("Butterball" or "Defendant"), pursuant to Federal Rule of Civil Procedure 56 and Local Rules 7.2 and 56.1 for the United States District Court, Eastern District of Arkansas, respectfully moves this Court for summary judgment on all claims for time in excess of "reasonable time." As more fully explained in the Brief in Support of this Motion, Plaintiffs are only entitled to be paid a reasonable, fixed amount of time for donning, doffing and related activities.

Respectfully submitted this 28th day of February.

*/s/ Eric Magnus*
Stephen X. Munger
Georgia Bar No. 529611
Eric R. Magnus
Georgia Bar No. 801405
C. Todd Van Dyke
Georgia Bar No. 723420
Erin L. Payne
Georgia Bar No. 159004
Justin R. Barnes

Georgia Bar No. 105220

JACKSON LEWIS LLP
1155 Peachtree Street
Suite 1000
Atlanta, Georgia  30309-3600
Telephone:     404-525-8200
Facsimile:     404-525-1173

Paul D. Waddell
Barrett & Deacon
Union Planters Bank Building
300 South Church Street
P.O. Box 1700
Jonesboro, AR. 72403
Telephone:  (870) 931-1700
Facsimile:  (870) 931-1800


ATTORNEYS FOR DEFENDANT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| SHEILA HELMERT, WILMA BROWN AND, LORI WEST, on behalf of themselves and others similarly situated, | : : : : | Civil No. 4:08-CV-0342 JLH |
| Plaintiffs and Collective Action Representatives, | : : : : | |
| v. | : : | |
| BUTTERBALL, LLC, | : : | |
| Defendant. | : : | |

## CERTIFICATE OF SERVICE

I hereby certify that on February 28, 2011, I electronically filed the foregoing with the

Clerk of the Court using ECF which will send notification of such filing to the following:

T. Joseph Snodgrass, Esq.
Kelly Swanson, Esq.
Troy Tatting, Esq.
**LARSON & KING, LLP**
2800 Wells Fargo Place
30 E. Seventh Street
St. Paul, MN  55101

Robert T. Veon, Esq.
**VEON & ENGLAND, LLP**
2710 Arkansas Boulevard
Texarkana, AR  71854

J. Gordon Rudd, Jr., Esq.
Anne T. Regan, Esq.
**ZIMMERMAN REID, P.L.L.P.**
651 Nicollet Mall, Suite 501
Minneapolis, MN  55402

　　　　　　　　　　　　　　　　　　　　　　*/s/ Eric R. Magnus*
　　　　　　　　　　　　　　　　　　　　　　Eric R. Magnus

4827-5617-9208, v.  1