**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

SHEILA HELMERT, WILMA BROWN, and           PLAINTIFFS
LORI WEST, on behalf of themselves and others
similarly situated

v.                          No. 4:08CV00342 JLH

BUTTERBALL, LLC                              DEFENDANT

**ORDER**

On this date came on to be considered the Motion of Robert T. Veon, a member in good standing of the bar of this Court for the Special or Limited pro hac vice admission of Angela Beranek Brandt to practice before this Court for the purpose of serving as co-counsel in the above captioned matter. All requirements appear to have been met and this Court is of the opinion that said Motion should be granted.

It is hereby ORDERED, ADJUDGED and DECREED that Angela Beranek Brandt shall be and is admitted to practice before this Court, specially and for the limited purpose of appearing as counsel on behalf of Plaintiffs in the above captioned matter.

IT IS SO ORDERED this 20th day of April, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE