IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

SHEILA HELMERT, WILMA BROWN, and LORI WEST, on behalf of themselves and others similarly situated                                                     PLAINTIFFS

v.                                     No. 4:08CV00342 JLH

BUTTERBALL, LLC                                                                                                    DEFENDANT

## ORDER

The parties have filed a motion requesting that the Court stay the deadline for the plaintiffs to file a response to the motion in limine to exclude the testimony and report of William J. Cutler pending a meeting among counsel to propose a scheduling order. That motion is GRANTED. Document #443. The deadline for the plaintiffs to respond to the motion in limine regarding the testimony of William J. Cutler is stayed pending further orders of the Court.

IT IS SO ORDERED this 10th day of August, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE