## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

SHEILA HELMERT, WILMA BROWN,   　　　　　　　　　　　　　　　　PLAINTIFFS
and LORI WEST, on behalf of themselves
and others similarly situated

v.   　　　　　　　　　　　　　　No. 4:08CV00342 JLH

BUTTERBALL, LLC   　　　　　　　　　　　　　　　　　　　　　　DEFENDANT

### ORDER

The parties have filed a joint motion to amend the scheduling order and as a part of their joint motion have stated that they agree that Butterball's motion in limine to exclude the testimony and report of Williams J. Cutler should be held in abeyance, and they further agree that Butterball may refile the motion in limine at a later date. Accordingly, Butterball's motion in limine is denied without prejudice to Butterball's right to refile the motion at a later date. Document #413.

IT IS SO ORDERED this 6th day of October, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE