IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| SHEILA HELMERT, WILMA BROWN, and LORI WEST, on behalf of themselves and others similarly situated | PLAINTIFFS |
| v.   No. 4:08CV00342 JLH | |
| BUTTERBALL, LLC | DEFENDANT |

* * * * * * * * * * * * * * * * * * * * *

| | |
|---|---|
| ROXIE GARNER, ROY GARNER, MIGUEL ANGUIANO ARAUJO, CHRISTOPHER SMITH, JOHN SNARR, and JASON FOSTER, on behalf of themselves and others similarly situated | PLAINTIFFS |
| v.   No. 4:10CV01025 JLH | |
| BUTTERBALL, LLC; and GARY R. LENAGHAN | DEFENDANTS |

**ORDER**

Pending before the Court is the Joint Motion to Amend Scheduling Orders filed in each of the above referenced cases. The motion is GRANTED. Document #455 in case number 4:08CV00342 JLH; document #155 in case number 4:10CV01025 JLH. Pursuant to the agreement of the parties, the following deadlines are hereby imposed:

- Fact discovery on the merits will be completed by AUGUST 1, 2012.

- Each party must provide Rule 26 expert disclosures and reports on the issues on which that party bears the burden of proof in *Garner* no later than AUGUST 1, 2012, with the exception of experts relating to wage calculations/damages.

- Each party must provide responsive expert disclosures and reports no later SEPTEMBER 1, 2012, with the exception of experts relating to wage calculations/damages.

- The discovery of experts in both *Garner* and *Helmert* should be completed no later than OCTOBER 1, 2012, with the exception of experts relating to wage calculations/damages.

- Pretrial disclosure sheets must be filed simultaneously by the parties according to the outline contained in Local Rule 26.2 no later than OCTOBER 10, 2012.

- The parties agree to submit a mutually agreeable proposed schedule for the disclosure of expert reports relating to the calculation of experts/damages upon the conclusion of the production of wage data, no later than JUNE 15, 2012.

All other deadlines contained in the November 1, 2011, amended final scheduling order remain in full force and effect as previously imposed.

IT IS SO ORDERED this 22nd day of May, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE